**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | No. 1:22-CR-00120-DLF |
| | : | |
| **ROY TATUM** | : | |

## NOTICE OF FILING

Defendant Roy Tatum ("Mr. Tatum"), through his counsel, respectfully gives notice that undersigned counsel has provided counsel for the government with notice of Mr. Tatum's expert witnesses in the above-captioned case, as outlined in the attached letters dated June 30, 2023. Mr. Tatum requests that the attached letters be made part of the record in this case.

Dated: June 30, 2023

                                          Respectfully submitted,

                                            */s/* Timothy H. Lyons
                                        Joshua Berman (DC Bar No. 489751)
                                        Timothy Lyons (DC Bar No. 1048991)
                                        Clifford Chance US LLP
                                        2001 K Street NW
                                        Washington, DC 20006
                                        Tel: (202) 230-2231
                                        timothy.lyons@cliffordchance.com
                                        *Counsel for Roy Tatum*

# C L I F F O R D
# C H A N C E

CLIFFORD CHANCE US LLP

2001 K STREET NW
WASHINGTON, DC 20006 - 1001
TEL +1 202 912 5000
FAX +1 202 912 6000
www.cliffordchance.com

**By Email and ECF**

Timothy Lyons
+1 202 230 2231
Timothy.Lyons@cliffordchance.com

Ariel L. Dean
Emory V. Cole
Office of the United States Attorney
601 D Street, N.W.
Washington, D.C. 20530

June 30, 2023

**Re: Disclosure of Handwriting Expert in United States v. Roy Tatum, No. 1:22-cr-120 (D.D.C.)**

Dear Counsel:

On behalf of my client, defendant Roy Tatum ("Mr. Tatum"), I write to provide the government with notice of Mr. Tatum's intent to call Ms. Katherine Koppenhaver as a handwriting expert at trial in the matter referenced above.

Ms. Koppenhaver's opinions and conclusions will be based in part on the education and training outlined in her curriculum vitae, which includes the publications she has authored in the past ten years. Ms. Koppenhaver's curriculum vitae, which includes a list of cases in which Ms. Koppenhaver has testified over the past four years, are provided in **Appendix A**.

Ms. Koppenhaver has more than thirty years of experience as a document examiner and has been a Certified Questioned Document Examiner since 1986. She is a past president of the National Association of Document Examiners ("NADE") and former editor of the Communique, NADE's quarterly newsletter, and she founded the International Association of Document Examiners ("IADE") in 2015. Ms. Koppenhaver has given expert testimony in court and deposition in over 500 cases.

Mr. Tatum intends to call Ms. Koppenhaver at trial to provide expert testimony regarding her analysis of Mr. Tatum's case file. Ms. Koppenhaver will provide a comparison of Mr. Tatum's own handwriting with one or more writings recovered by the police in Mr. Tatum's case and may provide an opinion as to the likelihood that Mr. Tatum was the author of those writings. In addition, Ms. Koppenhaver will testify factually about forensic document analysis in general, with a focus on handwriting comparison analysis, including the bases for the scientific reliability of handwriting analysis.

Regards,

   */s/ Timothy H. Lyons*

Timothy Lyons

**CLIFFORD CHANCE**

**CLIFFORD CHANCE US LLP**

2001 K STREET NW
WASHINGTON, DC 20006 - 1001

TEL +1 202 912 5000
FAX +1 202 912 6000

www.cliffordchance.com

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

This letter accurately represents the testimony I will provide if called to testify at trial.

*Katherine M. Koppenhaver*               6/30/23
Name                                      Date

**C L I F F O R D**
**C H A N C E**

**CLIFFORD CHANCE US LLP**

2001 K STREET NW
WASHINGTON, DC 20006 - 1001

TEL +1 202 912 5000
FAX +1 202 912 6000

www.cliffordchance.com

# Appendix A

# CURRICULUM VITAE

Katherine Mainolfi Koppenhaver                        Certified Questioned Document Examiner
P.O Box 324, Joppa, Md 21085                                                   (410) 679-8257

**FOUNDER** of The Scientific Association of Forensic Examiners (SAFE) in 2012.
**FOUNDER** of The International Association of Document Examiners (IADE) in 2015.
**CERTIFICATION:** Certified by the National Association of Document Examiners (NADE) 1986 – 2012 as CDE. SAFE from 2013 – 2014, and certified by IADE as of 2015. Awarded Diplomate Status by NADE in 1996-2012.
**BOARD CERTIFIED:** Board Certified by the Board of Forensic Document Examiners (BFDE) 2004 – 2014
**PROFICIENCY TESTING:** 2001 - 2008 with FEPL with the highest degree of accuracy (96%) on over 2000 samples.

**COURT-QUALIFICATIONS**: Testified in court and deposition over 580 times since 1983 in:

| | |
|---|---|
| U. S. District Court for Maryland | Orphans Court of Allegany County |
| U. S. District Court of Virginia | Circuit, District, Orphans Court of Anne Arundel Co. |
| United States Court of Federal Claims, Wash., DC | Circuit, District, Orphans Court of Baltimore County |
| Tribunal of Gothenburg, Sweden | Circuit, District, Orphans Court of Baltimore City |
| Regional Trial Court of Makati City, Manila | Circuit, District, Orphans Court of Carroll County |
| High Court, San Fernando, Trinidad | Circuit Court for Calvert County |
| St. Vincent and the Grenadines | Circuit & Orphans Court of Cecil County |
| Superior Court of the District of Columbia | Orphan's Court of Charles County |
| Superior Court of Sussex County, Georgetown, DE | Orphans Court of Garrett County |
| Chancery Court of Delaware, Wilmington, DE | Circuit, District, Orphans Court of Howard County |
| Arbitration Hearing in Rehoboth, Delaware | District Court of Kent County |
| Circuit Court of Lee County, Florida | Circuit & District Court of Montgomery County |
| Civil District Court for Parish of New Orleans, LA | Circuit, District, Orphans Court of Prince George Co. |
| Superior Court of Madison County, New York | District Court of Queen Anne's County |
| Superior Court of Westchester County, New York | Circuit Court of Somerset County |
| District Court of Suffolk Co., New York | Circuit Court of Washington County |
| Probate Court of Clark County, Las Vegas, Nevada | Circuit Court of Wicomico County |
| Middlesex County & Monmouth County, New Jersey | Circuit, District & Orphan's Court of Worchester Co. |
| Adams County Probate Court, Gettysburg, PA | District Court of Worchester County |
| Columbia County Court of Common Pleas, PA | Alcohol Beverage Control Board, Washington DC |
| Circuit Court of Alexandria, Virginia | American Arbitration Association |
| Circuit Court of Arlington County, Virginia | American Labor Arbitration Board |
| Circuit Court of Fairfax County, Virginia | Board of Law Examiners for Maryland |
| Circuit Court of Fauquier County, Warrenton, VA | Inquiry Panels for Attorney Grievance Commission |
| District Court of Manassas, Manassas, Virginia | Maryland Vehicle Administrative Hearings |
| Circuit Court of Norfolk, Virginia | NASD Arbitration & Securities Arbitration Board |
| Kanawha County Family Court, Charleston, WVA | Unemployment Hearings, Baltimore City & County |
| Dallas County, Dallas, Texas | **Depositions:** |
| Dallas, Texas | Bexar County, San Antonio, Texas, |
| Farmington, David County, Utah | Corpus Christi, Texas and Houston, Texas, |
| General Court Martial, First Judicial Court, APG | San Francisco, California, and Woodbury, NJ |

### DOCUMENT EXAMINATION INTERACTIVE TRAINING PROGRAM
- Commissioned to write the Forensic Document Examination Interactive Training Program for the National Questioned Document Examiners Association in Texas. Completed and copyrighted in 1994. Revised 2004.
- Forensic Document Examination Interactive Training Program now privately taught.
- Teaching a weekly 2-year class continuing education course on all aspects of document examination using a virtual classroom on Zoom since 2008. International attendees.
- Principal trainer for the Jamaica Constabulary Questioned Document Section since 2014.

### BOOKS PUBLISHED
- *Attorney's Guide to Document Examination,* Quorum Books, Greenwood Publishers, 2001.
- *Forensic Document Examination, Principles and Practice,* Humana Press, 2007
- *Evaluating Evidence*, 1990
- *The Business of Document Examination*, 1991, Revised 1997, Revised 2015
- *How to Be A Credible Witness or Taking the Fear Out of Testifying*, 1992
- *A Selection of International Penmanship Systems*, 1993
- *Demonstrative Evidence*, 1996
- *Scientific Document Examination Manual*, 1997
- *Forensic Document Examination, Principles and Practices,* Humana Press, 2007.
- *A Systematic Examination of Handwriting,* 2008.
- *The Principles of Handwriting Identification,* 2019.                 Revised: January 2, 2023

## Curriculum Vitae of Katherine Mainolfi Koppenhaver, CQDE

**ARTICLES PUBLISHED IN THE IADE JOURNAL**
*2015: Enough Exemplars, Characteristics of Authentic Writing; Photocopies Versus Originals;*
*2016: Pattern Recognition; Why Document Examiners Disagree; Case Study, Bill Michel;*
*2017: Using Handwriting Complexity to Develop unifying Handwriting Identification Theory; Response to Forensic Handwriting Comparison Examination in the Courtroom by Thomas Vastrick;*
*2018: A Brief History of Document Examination; Case Study, James Ricks;*
*2019: Exceptions to the Rules of Handwriting Examination,*
*2020: Distinguishing Between Natural Variation and Fundamental Differences; Expect the Unexpected.*

**ARTICLES PUBLISHED IN THE IADE NEWSLETTER,** *UNDER THE MICROSCOPE*
- *Editorials and Book Reviews in the first six issues.*
- *Encyclopedia of Document Examination*

**ARTICLES PUBLISHED IN THE DAILY RECORD – LEGAL NEWSPAPER OF MARYLAND**
- *Executive Order Provides Reforms to Improve Efficiency in Federal Court* on February 11, 1992.
- *Impeaching Experts on the Stand* on March 16, 1992.
- *Attorneys Should Ask Themselves Questions When Choosing Expert* on Sept. 5, 1992.
- *Careful Research Necessary Before Engaging in Cross-Examination* on Oct. 20, 1992.
- *Distinguishing Between Disguise and Simulation, 2003*

**ARTICLES PUBLISHED IN THE NADE JOURNAL** - 35 articles published:
- *Do's and Don't's for Accuracy in Suspect Document Cases,* August 1983, also in The Daily Record 3/2/83.
- *Qualifying as an Expert in Court*, Nov. 1987.
- *Handling Cross Examination*, May 1988.
- *Evidence*, November 1989.
- *Preparing Court Exhibits*, February 1990.
- *Disguised Writing*, May 90.
- *Letter of Opinion*, May 90.
- *Working with Lawyers & Their Clients*, Aug. 90.
- *Evaluating Evidence* November 1990.    \
- *How To Be a Credible Witness*, February 1991.
- *Desktop Forgery*, August, 1991.
- *The Karlene Ann Griffith Case*, November 1991.
- *The Techniques of Cross-Examination*, May 1992
- *The Elements of Fraud*, August 1992.
- *Handwriting Systems of the World*, Nov. 1992
- *Impeaching the Expert*, November 1992.
- *Fundamental Truths about Handwriting*, April '93
- *Equipping Your Document Laboratory*, Nov 1993.
- *The Jack the Ripper Diary*, February 1994.
- *Principles of Handwriting Identification*, July 94.
- *Hand Printing*, July 1994.
- *The Tell-Tale Dots*, December, 1994.
- *Deposition Testimony*, Spring 1996.
- *Principles of Identification*, December 1996
- *The Care & Preservation of Documents*, 1997
- *Descriptive Terminology*, Spring 1998
- *Why Document Examiners Disagree*, Winter 1998
- *Examination of a Passport*, Summer 1999
- *Demonstrative Evidence*, Spring 2000
- *Enough Exemplars*, Fall 2000
- *The Road to Graphic Maturity*, Summer 2001
- *Identifying Class Characteristics vs Individual Characteristics,* February 1990.
- *Interpreting the Writing Movement for Identification Purposes*, May, 1991.
- *Reducing Losses from Forged and Fraudulent Checks*, August, 1991.
- *Detecting Erasures in Pen and Pencil Writing*, Spring, 1995.

**OTHER PUBLICATIONS**
- Editor of the *Communique*, quarterly newsletter for NADE from 1990 -2009 (approximately 95 issues published)
- Published a newsletter for SAFE called Safe Haven –I published 4 issues in 2013.
- Was Co-Editor of *The NADE Journal* published 3-4 times a year through 1998.
- *Collecting Documents in Questioned Document Cases*, The MISA Messenger, Vol. 5, No. 7, July 1997
- *The Care and Preservation of Documents*, The MISA Messenger, Vol. 5, No. 8, August, 1997
- *From Graphology to Document Examination*, The Vanguard, January-March 2000.
- *The Document Examiner*, The Vanguard, July-September, 2000.
- *Qualifying As an Expert in Court*, The Vanguard, April - June 2001.
- *Presenting Testimony in Court*, The Vanguard, July - September 2001.
- *How To Help Consumers & Businesses Deter Document Forgery*, White Collar Crime Fighter, 7/00.
- *Outsmarting Today's High-Tech Forgers and Counterfeiters,* White Collar Crime Fighter, 6/04.
- *New High-Tech Tools for Busting Forgers and Counterfeiters*, White Collar Crime Fighter, 10/04.

**PAPERS PRESENTED**
- *Disguised Writing in Anonymous Writing Cases*, Intl. Graphonomics Soc., London, Ontario, Canada, 1995

## Curriculum Vitae of Katherine Mainolfi Koppenhaver, CQDE

**CERTIFICATE OF PARTICIPATION**
Participated in an FBI Laboratory Handwriting Examiner Decision Analysis Study through the Ideal Innovations Incorporated. The testing period occurred from July 26, 2019 through May 17, 2020 and consisting of examination of 100 comparison sets of handwriting.

**FORMAL EDUCATION**
- Harford Community College with Associate of Applied Science in Criminal Justice with highest honors.
- Questioned Document Courses at Northern. Virginia Community College. and George Washington University taught by Larry Ziegler, Senior FDE with FBI.

**MEMBERSHIPS and AWARDS**
- National Association of Document Examiners from 1982 to 2012, Document Examiner of the Year in 1991.
- President of NADE 1990 -1994.  Re-elected President 2000 - 2005.
- Expert Witness Institute, London, England (EWI) since 2001.
- Founder of Scientific Association of Forensic Examiners since 2012– 2014
- Founder and President of the International Association of Document Examiners in 2015.
- Maryland Investigators and Security Association (MISA).
- ASTM Main Committee 30 – Sub Committee 02 Questioned Document Section 2004 - 2012.
- Volunteer of the Year Award 2001 by the Maryland Volunteer Lawyers Service.
- Lifetime Achievement Award 2013 from the Scientific Association of Forensic Examiners.
- Maryland Crime Prevention Association as of 9/17/ 2015.

**SPECIALIZED TRAINING – Over 70 Seminars and Workshops attended.**
- Attended Seminars sponsored by NADE on questioned documents annually from 1982 to 2011.
- *Handwriting Identification* by Judith Housley, CDE & Jeanette Farmer, July 24 & 25, 1989, Wash, DC.
- *Ink and Paper Analysis* by Albert H. Lyter III of Federal Forensic Associates, Philadelphia, Pennsylvania.
- *Document Examination Seminar* by Marcel Matley and Ted Widmer, 1992, San Francisco, California.
- National Handwriting Seminar, American Board of Forensic Examiners, Aug. 5-9, 1993, Branson, MO.
- National Academy of the American Board of Forensic Examiners, Aug. 4-7th, 1994, Branson, MO.
- American Board of Forensic Examiners, Expert Witnessing, 7 credit hours, Feb. 22, 1995, Honolulu, HI.
- AFDE & International Graphonomics Society Symposium, August 7-11, 1995, London, Ontario Canada.
- Court Testimony Professional Development Seminar for Document Examiners by Larry Ziegler, 10/2/96.
- Forgery Investigators Association of Texas Seminar, April 18, 1997, Georgetown, Texas.
- Holistic Analysis: Physiological & Psychological Foundations, Forensic Applications, Marcel Matley, 8/8/99.
- American Academy of Forensic Science, QD General Sessions (1993, 1995, 1996, 1997, 2004)
- Mid-Atlantic Association of Forensic Scientists, Questioned Document Sessions (1993 thru 1998)
- The National Forensic Center Conferences (NFC) (1991, 1992, 1995 thru 1997)
- Economic Crime Summit, May 9-12, 1999 in Orlando, Fl & May 7-10, 2000 in Austin, Texas
- IAQDE Annual Seminar, Sept. 28th, 1995, Kansas City, Kansas; Sept. 24-28, 2002. Sarasota, FL
- AFDE & IGS Symposium, Sept. 9-11, 1994, Las Vegas, NV Oct 26-29, 2005 San Antonio, TX, Nov 2-5, 2003, Phoenix Arizona & Oct 20-23, 2004, Rochester, New York
- SEAK, June 17-18, 2005 Cape Cod
- Measurement Science and Standards in Forensic Handwriting Analysis Conf., Gaithersburg, MD June 4-5, 2013
- SAFE Seminars and Interactive Workshops**,** Edgewood, MD, Sept 26-28, 2013, Boca Raton, FL Aug. 14-16, 2014

1. (IADE) Montego Bay, Jamaica, Sept. 9 – 12, 2015
2. (IADE) Annapolis, MD Sept 15-17, 2016.
3. (IADE) Denver, CO, September 7-9, 2017
4. (IADE) Via Zoom, August 24-25, 2018
5. (IADE) Montego Bay, Jamaica, Sept 12-14, 2019
6. (IADE) Via Zoom Sept. 21-23, 2020
7. (IADE) Via Zoom, Sept. 13-15, 2021
8. (IADE) Via Zoom
9. (IADE) Via Zoom

**RESEARCH**
1. Penmanship systems throughout the USA - 19th & 20th centuries.; Foreign scripts; 3.   Disguised writing - familiarity with methods of disguise; Synchronous Writing; Handwriting of the Elderly; Handwriting Analysis Research Library in Greenfield, Massachusetts with emphasis on various styles of penmanship historically and internationally, and at the following Libraries: Baltimore Law Library, Towson State University, New York Research, Library of Congress, Peabody Institute, University of Maryland Resource Library, Enoch Pratt and the Baltimore County.

**RESEARCH PUBLISHED**
Block Printing published in 2021.

## Curriculum Vitae of Katherine Mainolfi Koppenhaver, CQDE

**SEMINARS PRESENTED** – **95 with at least 30 being a full day**.
- American Institute of Banking: *Signature Verification and Forgery Alert*.
- American Handwriting Association: *Business of Document Examination*, CA, CO, AZ.
- *Document Examination Workshop*, Los Angeles, CA,
- National Academy of the ABFE: Branson, MO, 1993; 1994; 1995.
- General Public: *Reducing Losses from Forged and Fraudulent Checks*, Dallas, TX, 1995.
- Law Enforcement Officers: *Check Identification and Classification*, Dallas TX, Houston TX, OK
- National Forensic Center FC:  San Diego, CA, Palm Springs, CA, Tampa, FL
- ASIS: *Desktop Forgery through Scanning*, Orlando, FL; Baltimore, MD 2000
- IAQDE: *The Handwriting of the Blind, A Case Study*, Sarasota, FL,
- Document Examiners: *Presenting A Professional Image,* Santa Monica, CA
- The School of Forensic Document Examination, Dallas, TX, 2004, 2005
- Forensic Document Examiners, Inc: *Presenting a Professional Image,* Baltimore, MD .2007.
- Forensic Document Examiners, Inc, Seminar and Workshop, Baltimore, MD. 2008
- Forensic Document Examiners, Inc, Interactive Seminar and Workshop, Edgewood, MD. 2009
- Maryland Association of the Judges of the Orphans' Court Spring Conference 2010, Annapolis, MD
- Forensic Document Examiners, Inc, Interactive Seminar and Workshop, Edgewood, MD. 2010, 2011, 2012.
- SAFE First Seminar and Interactive Workshop**,** Multiple Topics, Edgewood, Maryland, Sept 26-28, 2013
- AAHA/AHAF Convention Northern Writes, Topic: Rhythm; Quincy, MA, July 17, 2014
- SAFE First Seminar and Interactive Workshop**,** Multiple Topics, Boca Raton, FL Aug. 14-16, 2014
- Presenting a Professional Image Workshop through IADE, April 24-25, 2015 MD, Feb. 12-13 FL
- IADE First Annual Interactive Seminar and Workshop, *The Master Pattern*, Montego Bay, Jamaica, Sept. 9, 2015
- Additional IADE Seminars including Pattern Recognition, Daubert, Working with Attorneys plus added lectures.
- Official Trainer of the Jamaican Constabulary Questioned Document Section with in-house training sessions conducted from Sept. 15-25, 2014; Sept. 7-9, 2015, plus weekly classes via a virtual classroom since 9/15.
- Handling Questions in Cross Examination; Scientific vs Technical (Art) in Jamaica Sept. 12, 2019.
- The Importance of Research and Cases That Don't Follow the Rules, Virtual Classroom, Sept. 21-23, 2020
- The Principles of Handwriting Identification, Virtual Classroom, Sept. 13-15, 2021.

**FOR THE NATIONAL QUESTIONED DOCUMENT EXAMINERS ASSOCIATION (NQDA)**
- Dallas, Texas,1992; 1995, 1997, 2000, 2001; Atlanta, GA; 1993; 1994; Shawnee Mission, KS 1994, 1996.

**TOPICS for NQDA INCLUDE**: *Check Points, Principles of Document Examination, Multiple Personalities and Other Identity Problems, Identifying Handprinting, The Telltale Dot and Trash Marks, and Semantics*

**LECTURES PRESENTED AT NADE CONFERENCES**
- *Case of A Promissory Note*, 1987.
- *Evaluating Evidence*, 1990
- *Red Flags*, 1994.
- *Pre-Conference Workshop*, 1997.
- *Workshop on Qualifying as an Expert*, 1998
- *Development of Children's Handwriting*, 2000
- *Bond Salon Training in Cross-Examination,* 2001
- *How not to Testify, 2004*
- *A Systematic Examination of Handwriting, 2006*
- *Distinguishing Between Court & Deposition Testimony, 20*09
- *Evidence*, 1989.
- *Impeaching the Expert Witness*, 1992
- *Our Profession and its Problems*, 1995
- *Hired to Criticize, An Ethical Problem*, 1997
- *Demonstrative Evidence,* 1999
- *Professional Panic*, 2002
- *Distinguishing Between Disguise & Simulation, 2003*
- *Handling Criticism 2005*
- *A Systematic Examination of Handwriting 2008*
- Pre-Conference Personal Training 2009, 2010, 2011

**TYPES OF CASES**
I have been retained in over 3700 cases in the past since 1983.  I provide peer review and second opinions for other document examiners on a regular basis in addition to my cases.

    Some of the cases that I have completed include comparing and identifying signatures and handwriting, identifying alterations to documents, determining substitution of pages, "reading" under whiteout, revealing indented writing, and identifying synchronous writing.  Cases have involved wills, medical malpractice cases, industrial espionage, counterfeit documents, contracts, graffiti, and threatening and anonymous notes.

Revised: January 2, 2023

Testimony for the last 4 years

Court Appearances

| Date | Court | Case |
|---|---|---|
| January 24, 2019 | Circuit Court of PG County | Facey v **Facey** |
| March 13, 2019 | Circuit Court of PG County | **Samarawickreme** v. Zarate |
| March 14, 2019 | Circuit Court of Frederick County | **Chad Tyler** v. Jeffrey Cahall |
| March 19, 2019 | Circuit Court of Fairfax County | **James Furr** v Signal Hill Supply & Services, Inc. |
| March 28, 2019 | Circuit Court of Hillsbough County | Estate of Herminia Quinones for caveator |
| May 28, 2019 | High Court of Justice, Trinidad | Leon Adams v Margaret Doon, et al |
| June 18, 2019 | Orphan's Court of Caroline County | Estate of George Carl Wilkinson for caveator |
| June 19, 2019 | Circuit Court of Montgomery County | Joann Urquhart v. Nohelia Castillo |
| September 18, 2019 | Circuit Court of Calvert County | **Miller** v. Raymond Williams – RAW Constuction |
| December 6, 2019 | Circuit Court of Caroline County | Estate of George Wilkinson for caveator |
| January 28, 2020 | Circuit Court of Montgomery County | **United Community Patrol Services** v Sepehri |
| March 30, 2021 | Circuit Court of St. Mary's County via Zoom | Estate of Nancy Lee for Louella Canody |
| April 7, 2021 | District Court of Anne Arundel County | **Sayel Al Sarhan** v Tareq Al-Hadidi |
| November 23, 2021 | Morgan County, Kentucky | Estate of Jimmy Watson for the Estate |
| January 18, 2022 | Baltimore County Orphan's Court | Estate of Carolyn Jackson for the caveator |
| February 7, 2022 | Court in Dallas, Texas | Bhupinder Singh v **Sukdip & Parmjit Singh** |
| February 17, 2022 | Jefferson County, New York | **Joan Sidman** v Rick Sidman |
| July 29, 2022 | Montgomery County Circuit Court | Green Mountain v **Edwin A. Reyes** |
| November 3, 2022 | Adams County Circuit Court in PA | Estate for Sherry Masser for the caveator |
| November 10, 2022 | New York State Supreme Court | **James Wong** v Huang |
| November 21, 2022 | District Court of Anne Arundel County | **G. Singh** v RajPaul Singh |
| November 21, 2022 | Prince William County, Manassas, VA | Estate of Joanne Cherry for the challenger |
| December 16, 2022 | Circuit Court of Anne Arundel County | **Elsie Gaither** v Valerie Cook |
| March 10, 2023 | District Court of Harford County | **Hodgson** v Loewe |

Depositions

3548-19 Sakellariou v **Harrison**, Millersville, MD 11/8/19.

3626-21 Allianz v **Horowitz**, via videoconference for Nassau County, Supreme Court of New York, 1/12/21.

3618-20 **Olubumi Akintunde** et al v Nationstar Mortgage, et al, Superior Court of DC, Virtual Testimony 4/19/21.

3579-20 Estate of Donald M. Eccleston, et al for the defendant, Harford County Court, 6/21/21.

**C L I F F O R D**
**C H A N C E**

**CLIFFORD CHANCE US LLP**

2001 K STREET NW
WASHINGTON, DC 20006 - 1001
TEL +1 202 912 5000
FAX +1 202 912 6000

www.cliffordchance.com

**By Email and ECF**

Timothy Lyons
+1 202 230 2231
Timothy.Lyons@cliffordchance.com

Ariel L. Dean
Emory V. Cole
Office of the United States Attorney
601 D Street, N.W.
Washington, D.C. 20530

June 30, 2023

**Re: Disclosure of DNA Expert in United States v.
Roy Tatum, No. 1:22-cr-120 (D.D.C.)**

Dear Counsel:

On behalf of my client, defendant Roy Tatum ("Mr. Tatum"), I write to provide the government with notice of Mr. Tatum's intent to call Ms. Cynthia Cale as a DNA expert at trial in the above-captioned matter.

Ms. Cale's opinions and conclusions will be based in part on the education and training outlined in her curriculum vitae, which includes the publications she has authored in the past ten years. Ms. Cale has testified as an analyst over 100 times and in the following states: Arizona, California, Illinois, Indiana, South Carolina, and Texas. Ms. Cale's curriculum vitae, as well as a sample of cases in which Ms. Cale has testified over the past four years, are provided as **Appendix A**.

Ms. Cale works as a forensic DNA analyst at DNA Mavens LLC. Ms. Cale has over twenty years of experience at both public and private forensic laboratories with specialized training in autosomal and Y-STR analysis and probabilistic genotyping (STRmix). She has a Bachelor of Science (BS) in Biology from Illinois Wesleyan University and a Master of Science (MS) in Human Biology from the University of Indianapolis. Her thesis focused on the impact of duration of contact on indirect DNA transfer.

Mr. Tatum intends to call Ms. Cale at trial to provide expert testimony regarding her analysis of the case file, including the BWC footage and the DNA-related case materials provided by the government. Ms. Cale may testify about the possibility of DNA transfer in the discovery and collections of the items collected by the police in Mr. Tatum's case.

In addition, Ms. Cale will testify factually about DNA in general (i.e., what it is, where it can be found, its uniqueness, its durability, and use in forensics). Ms. Cale will testify about DNA transfer, including primary, secondary, and tertiary transfer, and the means through which DNA can be transferred, including through physical contact between persons and/or objects as well as aerially. Ms. Cale will explain that individuals shed skin cells that contain

CLIFFORD CHANCE US LLP

DNA at different rates from each other and that at different points in time the same individual can shed skin cells that contain DNA at different rates.

  Ms. Cale will testify about the limits of what can be inferred from a DNA report, including that DNA test results do not explain the timing or circumstances under which DNA was deposited, and that in a report based on a "mixed sample" showing the DNA of multiple individuals, DNA test results do not explain which individuals' DNA was transferred by primary rather than secondary transfer.

Regards,

  /s/ Timothy Lyons

Timothy Lyons



\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

This letter accurately represents the testimony I will provide if called to testify at trial.

_[Signature: Cynthia M. Cale]_        June 29, 2023
Name                    Date

# Appendix A

The following is a list of cases in which Ms. Cale has provided testimony at trial or deposition.

1. *Oregon v. Brett Radabaugh*, No. 21CR63237
   a. <u>Date</u>: June 6, 2023
   b. <u>Proceeding</u>: Trial

2. *Florida v. Jacob Jepson*, No. 54-2021-CF-0167-A
   a. <u>Date</u>: November 29, 2022
   b. <u>Proceeding</u>: Deposition

3. *United States v. Gregory McCoy*, No. 0:20-cr-00150-NEB-BRT-1 (D. Minn.)
   a. <u>Date</u>: October 28, 2021
   a. <u>Proceeding</u>: Trial

4. *Indiana vs. Matthew Smith*, No. 79D02-2002-F6-000262
   a. <u>Date</u>: September 8, 2021
   b. <u>Proceeding</u>: Trial

5. *Indiana vs. Dale Hubble*, No. 61C01-2006-F3-000131
   a. <u>Date</u>: August 12, 2021
   b. <u>Proceeding</u>: Trial

6. *Minnesota v. Larry Gilbert*, No. 27-CR-19-24192
   a. <u>Date</u>: August 6, 2021
   b. <u>Proceeding</u>: Post-conviction hearing



**DNA Mavens**
P.O. Box 669, New Caney, TX 77357-9998
(832) 910-8289
dnamavens@gmail.com
www.dnamavens.com

# Curriculum Vitae
## Cynthia Cale
### Forensic DNA Expert

**DATE:**   2/22/2023

**Education:**

| | | |
|---|---|---|
| Illinois Wesleyan University | Bachelor of Science Degree in Biology | 08/1996 - 05/2000 |
| University of Indianapolis | Master of Science Degree in Human Biology | 08/2011 - 05/2018 |

    Thesis: The Impact of Duration of Contact on Indirect DNA Transfer
    Advisor: Dr. Krista E Latham, D-ABFA

| | | |
|---|---|---|
| University of Dundee | Doctor of Philosophy in Forensic Science | 03/2023 - Present |

    Doctoral Research: Communication in Transfer and Persistence in Forensic Science
    Advisors: Dr. Herve Menard and Professor Lucina Hackman

**Employment History:**

DNA Mavens Forensic Services Inc. / DNA Mavens LLC
Forensic DNA Expert                                        12/2022 - present
Perform DNA case reviews, consulting, expert witness testimony and education/training.

Houston Forensic Science Center
Assistant DNA Technical Leader                      01/2019 - 11/2022
Assist the DNA Technical Leader in overseeing the technical and quality components of the forensic biology/DNA programs. Analyze and interpret DNA results, generate statistics, and write reports.  Provide expert witness testimony in a court of law as needed. Perform technical reviews and administrative reviews.

Strand Analytical Laboratories
Lead Forensic Serologist/DNA Analyst III            09/2010 - 12/2018
Examine submitted evidence for the presence of biological fluid/material. Perform DNA extraction, quantification, PCR amplification and capillary electrophoresis. Analyze and interpret DNA results, generate statistics, and write reports. Provide expert witness testimony in a court of law as needed.
Perform technical reviews/administrative reviews. Perform validations and assist the DNA Technical Leader in overseeing the technical and quality components of the forensic biology/DNA programs.

Strand Analytical Laboratories
Senior Forensic Serologist/DNA Analyst              01/2008 - 09/2010
Examine submitted evidence for the presence of biological fluid/material. Perform DNA extraction, quantification, PCR amplification and capillary electrophoresis. Analyze and interpret DNA results, generate statistics, and write reports. Provide expert witness testimony in a court of law as needed.
Perform technical reviews/administrative reviews. Perform validations and assist the DNA Technical Leader in overseeing the technical and quality components of the forensic biology/DNA programs.

Illinois State Police Forensic Sciences Command
Forensic Scientist III (Biology/DNA)                           11/2005 - 01/2008
Examine submitted evidence for the presence of biological fluid/material. Perform DNA extraction, quantification, PCR amplification and capillary electrophoresis. Analyze and interpret DNA results, generate statistics, and write reports. Perform technical reviews/administrative reviews. Provide expert witness testimony in a court of law as needed. Perform duties of a Local CODIS Administrator.

Illinois State Police Forensic Sciences Command
Forensic Scientist II (Biology/DNA)                            11/2003 - 11/2005
Examine submitted evidence for the presence of biological fluid/material. Perform DNA extraction, quantification, PCR amplification and capillary electrophoresis. Analyze and interpret DNA results, generate statistics, and write reports. Perform technical reviews/administrative reviews. Provide expert witness testimony in a court of law as needed. Perform duties of a Local CODIS Administrator.

Illinois State Police Forensic Sciences Command
Forensic Scientist I (Biology/DNA)                             11/2001 - 11/2003
Actively train in Forensic Biology/DNA Casework.  Examine submitted evidence for the presence of biological fluid/material. Perform DNA extraction, quantification, PCR amplification and capillary electrophoresis. Analyze and interpret DNA results, generate statistics, and write reports. Perform technical reviews/administrative reviews.  Provide expert witness testimony in a court of law as needed. Perform duties of a Local CODIS Administrator.

Illinois State Police Forensic Sciences Command
Forensic Scientist Trainee (Biology/DNA)                       11/2001 - 11/2001
Actively train in Forensic Biology/DNA Casework.

Illinois State Police Forensic Sciences Command
DNA Intern                                                     09/1999 - 12/1999
Assist the Forensic Biology/DNA section as a technician by preparing reagent and performing assays.

**Professional Affiliations:**

| | | |
|---|---|---|
| American Academy of Forensic Science (AAFS) | Member - Criminalistics Section | 2012 - Present |
| International Society for Forensic Genetics (ISFG) | Member | 2020 - Present |

**Specialized Training:**

| | |
|---|---|
| Rapid DNA Analysis | 02/2020 - 07/2022 |
| Probabilistic Genotyping (STRmix™) | 04/2019 - 07/2020 |
| Y-STR Analysis | 07/2009 - 10/2009 |
| Forensic DNA Analysis | 02/2002 - 08/2003 |
| Forensic Biology | 11/2000 - 05/2001 |



**Other Qualifications:**

**DNA Transfer Trainings:**

C.Cale, Case Assessment & Interpretation: Review & Application of DNA-TPPR Research, presented at the American Academy of Forensic Sciences 75th Annual Scientific Meeting (Workshop #4 - Just Communications: Providing Clear and Accurate Reports and Testimony on Forensic DNA results),
Orlando, Florida - February 13, 2023

C. Cale, Case Assessment & Interpretation: Review & Application of DNA-TPPR Research, presented at the Legal Aid Society's 7th Annual Questioning Forensics Conference (Foundation of DNA Defense:
Unpacking The 2021 NIST Report), March 30, 2022 - April 1, 2022 (Virtual)

C. Cale, DNA Basics, Transfer, Contamination, and Discovery, presented at the Orange & Osceola Public Defender DNA Cross Examination Workshop, Orlando, FL (March 3, 2020) https://vimeo.com/397432947

C. Cale, Review of Transfer Literature, presented at the PDSDC'S 15th Annual Forensic Science Conference, Washington, DC (July 13, 2019).

**Presentations:**

Roy et al. Just Communications: Providing Clear and Accurate Reports and Testimony on Forensic DNA Results. Presented at the 75th American Academy of Forensic Sciences Annual Scientific Conference.
Orlando, Florida (February 13, 2023)

Melhado et al. Exploring Target Areas for Recovering Informative DNA Profiles from Eyeglasses. Presented at the 75th American Academy of Forensic Sciences Annual Scientific Conference.
Orlando, Florida (February 15, 2023)

Roberson et al. The DNA Transfer to Bedsheets in Differing Cohabitation Environments. Presented at the 75th American Academy of Forensic Sciences Annual Scientific Conference. Orlando, Florida (February 15, 2023)

Cale et al. Can Variations in DNA Profile Composition Collected from Different Areas of the Same Handgun Inform Future Sampling Strategies? Presented at the 74th American Academy of Forensic Sciences Annual Scientific Conference. Seattle, Washington (February 23, 2022)

Craig et al. The Persistence of Transfer DNA on Touched Objects Over Time. Presented at the 74th American Academy of Forensic Sciences Annual Scientific Conference. Seattle, Washington (February 23, 2022)

Atkinson et al. Evaluating Different Collection Tools for Transfer DNA Deposited on Wooden Surfaces Presented at the 74th American Academy of Forensic Sciences Annual Scientific Conference.
Seattle, Washington (February 23, 2022)

Cale et al. Recovery of DNA From Surfaces of Handguns: Targeting Relevant Sampling Areas Presented at the 73rd American Academy of Forensic Sciences Annual Scientific Conference. Virtual (February 18, 2021)

J. Stone et al. The Ability to Obtain Full DNA Profiles from Nail Clippings After Long-Term Storage at Room Temperature Could Impact the Process of Human Identification. Presented at the 72nd American Academy of Forensic Sciences Annual Scientific Conference. Baltimore, Maryland (February 19, 2020)

Cale et al. The Impact of the Length of Time of Personal Contact on Secondary DNA Transfer. Presented at the 70th American Academy of Forensic Sciences Annual Scientific Conference.
Seattle, Washington (February 23, 2018)

Rizor et al. The Complexities of Interpreting DNA Evidence Obtained in an Uncontrolled Social Setting. Presented at the 70th American Academy of Forensic Sciences Annual Scientific Conference. Seattle, Washington (February 24, 2018)

Strand et al. Touch DNA Obtained from Duct Tape in Reconstructed Binding Scenarios. Presented at the 129th Annual Indiana Academy of Sciences Meeting. Indianapolis, Indiana (March15, 2014)

Christensen et al. Obtaining Touch DNA from Fired 9mm Casings. Presented at the 129th Annual Indiana Academy of Sciences Meeting, Indianapolis, Indiana (March 15, 2014)

Cale et al. Secondary DNA Transfer: Could secondary DNA transfer erroneously place you at a scene of a crime? Presented at the 66th American Academy of Forensic Sciences Annual Scientific Conference. Seattle, Washington (February 20, 2014)

Strand et al. Touch DNA Obtained from Duct Tape in Reconstructed Binding Scenarios. Presented at the 66th American Academy of Forensic Sciences Annual Scientific Conference as part of the Young Forensic Scientists Forum. Seattle, Washington (February 18, 2014)

Christensen et al. Obtaining Touch DNA from Fired 9mm Casings. Presented at the 66th American Academy of Forensic Sciences Annual Scientific Conference as part of the Young Forensic Scientists Forum. Seattle, Washington (February 18, 2014)

Earll et al. FRAMED: An Example of Secondary Transfer DNA paper presented at the 3rd Annual Forests, Lakes and Fields Forensic Anthropologists meeting, Lake Higgins, Michigan (September 29, 2013).

**Other Training:**

An Elephant Walks into a Bar…Testimony Guidance to Avoid Transposing the Conditional (DNA Labs International) – May 2023

Human Identification Solutions (HIDS) Virtual Conference (ThermoFisher Scientific) - May 2023

American Academy of Forensic Sciences 75th Annual Scientific Meeting - February 2023

- Just Communications: Providing Clear and Accurate Reports and Testimony on Forensic DNA results (Workshop #4 – Co-chair)
- Junk Science and the American Criminal Justice System: An Inside Perspective (Luncheon Seminar #3)

8th Annual Workshop on STRmix Implementation and Casework Approach (Virtual) - June 2022
American Academy of Forensic Sciences 74th Annual Scientific Meeting - February 2022

- Unlocking the Truth: The Impact of DNA Testing and Legal Strategies in Post-Conviction Cases (Workshop #15)

7th Annual Workshop on STRmix Implementation and Casework Approach (Virtual) - June 2021
American Academy of Forensic Sciences 73rd Annual Scientific Meeting (Virtual) - February 2021

- Interpreting and Communicating DNA Evidence in a Probabilistic Genotyping Universe (Workshop #2)
- When "Who" Doesn't Matter as Much as "How"-DNA Testimony Given Activity Level Propositions
- (Workshop #10)

31st International Symposium on Human Identification (Promega) - September 2020

- Arguing the Case for DNA Evidence Based on Probabilistic Genotyping Workshop

6th Annual Workshop on STRmix Implementation and Casework Approach (Virtual) - June 2020
STRmix™ Testimony Training (DNA Labs International) - December 2019
STRmix™ Training (NicheVision) - June 2019

Topics in Forensic Science (TIFS) Conference Forensic Biology & DNA: Current Trends and Emerging Practices - June 2019

STRmix™ Training (ESR) - May 2019

Probabilistic Genotyping and Likelihood Ratios (Dr. Michael Coble) - May 2019

AFDAA Winter Workshop: IS0/IEC 17025 transition from 2005 to 2017 - February 2019

American Academy of Forensic Sciences 71st Annual Scientific Meeting - February 2019

American Academy of Forensic Sciences 70th Annual Scientific Meeting - February 2018

Promega Webinar Series – September 2017

Genetic Analysis for All Webinar Series ThermoFisher Scientific Interpreting Y STR results (Webinar) - September 2017

NIST DNA Analyst Webinar Series: NIST Probabilistic Genotyping Parts 1 & 2 - September 2017

Beyond the source, beyond the science? (Netherlands Forensic Institute) - November 2016

Promega 2016 Technology Tour Seminar – July 2016

The Fundamentals of CE-Based DNA Analysis and Related Interpretation Issues - September 2015

Promega 2015 Technology Tour – July 2015

Human Identification Professional Services Workflow Validation: Quantifiler Trio Kit & GlobalFiler Kit - May 2015

Promega 2014 Technology Tour Seminar – July 2014

American Academy of Forensic Sciences 66th Annual Scientific Meeting - February 2014

Plexor HY Training (Promega) – January 2014

Forensic & Historic DNA Analysis (University of Indianapolis) - Spring Semester 2013

DNA Mixture Interpretation Theories – April 2012

American Academy of Forensic Sciences 63rd Annual Scientific Meeting - February 2011

Ratio Statistics Training (NFSTC) – March 2010

GeneMapper ID Parts 1 and 2 - Fundamentals and Data Review {Strand Labs} - December 2009

Interpretation of STR Data {Strand Labs} – June 2009

Better STR Profiles from Trace Evidence - Validation of MinElute for Post-Amplification Cleanup of Forensic Samples – October 2008

Future Trends in Forensic DNA Technology Seminar Series (ABI) - September 2008

Plexor HY System Training (Pro)mega) - April 2008

Internal Auditing for DNA Laboratories (NFSTC) - May 2007

DNA Auditor Training (FBI) – September 2006

7500 Real-Time PCR System Quantifiler Kits & Standard 0perator Training (ABI) - July 2006

GeneMapper ID Software Training (ABI) – July 2006

DNA Statistical Training (Illinois State Police) - April 2005

DNA Auditing Workshop (FBI) – May 2004

Combined DNA Index System (C0DIS) Training (FBI) – March 2004

STR DNA Workshop: Genotyper Applications (ABI) - December 2003

STR DNA Workshop: Genescan Applications (ABI) - September 2003

Sterile Technique Workshop (Illinois State Police) – June 2002

STR DNA Workshop: Genescan Applications (ABI) – July 2002

Courtroom Performance Workshop (Illinois State Police) - March 2001