UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22-120 (DLF) |
| | : | |
| v. | : | |
| | : | |
| ROY TATUM, | : | |
| | : | |
| Defendant. | : | |

## VERDICT FORM

**Count One-**

How do you find the defendant **ROY TATUM**, on the charge of Unlawful Possession of a Firearm and Ammunition (Glock 36, .45 caliber pistol and .45 caliber ammunition) by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year?

_____✓_____ Not Guilty         _____ Guilty

**Count Two-**

How do you find the defendant **ROY TATUM**, on the charge of Unlawful Possession of a Firearm and Ammunition (Zastava Arms PAP M92PV 7.62x39mm pistol and 7.62x39mm ammunition) by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year?

_____✓_____ Not Guilty         _____ Guilty

**Count Three-**

How do you find the defendant **ROY TATUM**, on the charge of Unlawful Possession of ammunition (.45 caliber ammunition) by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year?

_____ Not Guilty        \_\_\_✓_____ Guilty

**Count Four-**

How do you find the defendant **ROY TATUM**, on the charge of Unlawful Possession with Intent to Distribute 28 Grams of a Mixture Containing Cocaine Base?

\_\_\_✓_____ Not Guilty        _____ Guilty

**Count Five-**

How do you find the defendant **ROY TATUM**, on the charge of Unlawful Possession with Intent to Distribute Fentanyl?

_____ Not Guilty        \_\_\_✓_____ Guilty

**Count Six-**

How do you find the defendant **ROY TATUM**, on the charge of Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense?

_____✓_____ Not Guilty          _____ Guilty

___12/15/23_____
DATE